**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos L. CARPENTER, Defendant–**
**Appellant.**

No. 04–2270.

United States Court of Appeals,
Seventh Circuit.

July 6, 2005.

K. Tate Chambers, Office of the United States Attorney, Peoria, IL, for Plaintiff–Appellee.

Carlos L. Carpenter, Terre Haute, IN, Pro se.

Joseph M. Borsberry, Reynolds, Murphy & Associates, Peoria, IL, for Defendant–Appellant.

Before CUDAHY, EASTERBROOK, and WILLIAMS, Circuit Judges.

### Order

Our decision of May 6, 2005, affirmed Carpenter's conviction while reserving final disposition of the sentence. On a limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir.2005), the district judge stated that he would have imposed a lower sentence had he realized that he possesses additional discretion. Both sides have filed memoranda asking us to remand for resentencing. Accordingly, as the parties have agreed, the sentence is vacated and the case is remanded for resentencing.